```
                                            U.S. DISTRICT COURT
                                            DISTRICT OF NEVADA
                                                  FILED
                                               JUN - 7 2006

                                          BY _____ DEPUTY
```

1  DANIEL G. BOGDEN
   United States Attorney
2  SUE FAHAMI
   Assistant United States Attorney
3  100 W. Liberty Street, Suite 600
   Reno, Nevada 89501
4  Tel: (775) 784-5438

5  Attorneys for Plaintiff

6

                    UNITED STATES DISTRICT COURT
7
                         DISTRICT OF NEVADA
8

   UNITED STATES OF AMERICA,       )
9                                  )   03:06:CR-095-LRH-RAM
          Plaintiff,               )
10                                 )
          v.                       )   INDICTMENT FOR VIOLATION OF:
11                                 )   TITLE 18 UNITED STATES CODE
   LYNDON JACKSON,                 )   SECTIONS 2244(a)(3), 1151, 1153
12                                 )   Abusive Sexual Contact
          Defendant.               )
13

14  THE GRAND JURY CHARGES THAT:

15      On or about January 3, 2006 through the month of May 2006, in the District of Nevada, the

16  Defendant, LYNDON JACKSON, D.O.B. 4-3-1974, an Indian, at the Pyramid Lake Indian Reservation,

17  Nevada, Indian Country of the United States, did knowingly engage in sexual contact, to-wit: contact

18  between the hand and/or fingers and vagina, with a female juvenile, S.J.H., DOB 2-10-1992, who was at

19  that time 13 or 14 years of age and at least 4 years younger than the Defendant; all in violation of Title 18,

20  United States Code, Sections 2244(a)(3), 1151 and 1153.

21                                      A TRUE BILL:

22                                      /s/
                                        _____
23                                      FOREPERSON

24  DANIEL G. BOGDEN
    United States Attorney
25  [signature]                         CERTIFIED TO BE A TRUE COPY
                                        Clerk, United States District Court
    SUE FAHAMI
26  Assistant United States Attorney    By _____
                                              Deputy Clerk