MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs LYNDON JACKSON              CASE NO. 1:06-MJ-00004-PMP
Defendant: xx  Present     ___On Summons  xx In Custody

BEFORE THE HONORABLE  PHILIP M. PALLENBERG

DEPUTY CLERK/RECORDER: LEGIA PATE

UNITED STATES ATTORNEY: BRYAN SCHRODER *

DEFENDANT'S ATTORNEY: SUE ELLEN TATTER *

U.S.P.O.:

XX Telephonic Appearance *

PROCEEDINGS: INITIAL APPEARANCE ON ARREST ON INDICTMENT FROM
DISTRICT OF NEVADA (HELD 7/14/2006)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:20 P.M.  court convened.

X  Copy of Indictment given to defendant: (read).

X  Defendant sworn.

X  Defendant advised of general rights. __Waived full advisement.

X  Defendant advised of charges and penalties.

X  Federal Public Defender accepted appointment.
   ( XX FPD notified.)

X  Defendant detained/Detention Hearing to be set in the District
   of Nevada; Order of Temporary Detention FILED.

X  OTHER: Court and counsel heard re Identity Hearing; defendant
waived identity hearing; Court directed US Marshal service to
transport defendant back to district of Nevada for further
proceedings; Commitment to Another District SIGNED

At 2:38 P.M. court adjourned.

NOTE: Original of Commitment to Another District mailed to US
Marshal service.

DATE: 7/14/2006          DEPUTY CLERK'S INITIALS:   dm